UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI GHAFOURI,<br><br>                                   Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                                   Respondents. | Case No.:  25-cv-2709-RSH-MSB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

      On October 14, 2025, Petitioner filed a Notice of Voluntary Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 3. A petitioner has an "absolute right" to voluntarily "dismiss an action when the [respondent] has not yet served an answer or a summary judgment motion." *Am. Soccer Co. v. Score First Enters.*, 187 F.3d 1108, 1110 (9th Cir. 1999). A voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) is self-executing and requires no further action by the court. *United States v. 475 Martin Lane*, 545 F.3d 1134, 1145–46 (9th Cir. 2008).

//

//

//

In light of Petitioner's notice, it is therefore confirmed that this action has been **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is directed to close the case.

    **IT IS SO ORDERED**.

Dated:  October 15, 2025

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge